**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRYANT KEITH WILLIAMS, *Petitioner-Appellant*, | No. 11-57255 |
| v. | D.C. No. 2:10-cv-04053-AG-OP |
| GARY SWARTHOUT, Warden, *Respondent-Appellee*. | ORDER |

Filed August 18, 2015

Before: Stephen Reinhardt, John T. Noonan,
and Mary H. Murguia, Circuit Judges.

**ORDER**

The opinion filed on October 23, 2014, and appearing at 771 F.3d 501, is withdrawn. The superseding memorandum will be filed concurrently with this order. The parties may file additional petitions for rehearing or rehearing en banc.